IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDMOND JACKSON, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | NO. 16-2950 |
| | : | |
| THERESA DELBASO, | : | |
| SUPERINTENDENT, et al., | : | |
| Respondents | : | |

## ORDER

AND NOW, this 30ᴿ day of October, 2017, upon consideration of the petition for writ of *habeas corpus* (Document #1), the petitioner's request to stay federal proceedings (Document #18), and the respondents' response thereto (Document #21), and after careful review of the thorough and well-reasoned Report and Recommendation of U.S. Magistrate Judge Henry S. Perkin (Document #22), there being no Objections thereto, IT IS HEREBY ORDERED that:

1. The petition to stay federal proceedings is GRANTED;

2. The Report and Recommendation is APPROVED and ADOPTED;

3. The petition for a writ of *habeas corpus* is STAYED and held in ABEYANCE until the conclusion of the petitioner's state appellate proceedings;

4. The petitioner is directed to inform the undersigned as soon as his state court proceedings have concluded. Failure to do so within thirty days of the conclusion of the state court proceedings will result in this stay and abeyance Order being VACATED, and the petition being DISMISSED; and

5. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, C. J.